In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00239-CR
_____

TOMMY HOLCOMB, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 11-06-07078-CR

**ORDER**

The clerk's record in the above styled and numbered cause was filed June 29, 2012, and the reporter's record was filed July 3, 2012. Jarrod Walker was appointed as counsel on December 6, 2012. On March 15, 2013, the Court granted an extension of time to file the brief, noting that the extension was a "FINAL EXTENSION." On April 11, 2013, the appellant's court-appointed attorney was notified that the appellant's brief had not been timely filed. *See* Tex. R. App. P.

1

38.8(b)(2). Although the brief of the appellant was due to be filed April 10, 2013, and no further extensions will be permitted, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing to determine why the brief of the appellant has not been filed, and whether good cause exists for appointed counsel, Jarrod Walker, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2012). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before June 3, 2013.

ORDER ENTERED May 2, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2